# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesse Peckham,<br><br>Plaintiff,<br><br>vs.<br><br>I.Q. Data International, Inc.; and DOES 1-10, inclusive,<br><br>Defendant(s). | Case No.: CV 19-9836-DMG (Ex)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** [26] |

IT IS HEREBY ORDERED that, pursuant to the Parties' Stipulation, the above-captioned case is dismissed with prejudice in its entirety. The parties shall bear their own costs and expenses.

DATED: May 7, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE